UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| DONALD ROSE, Individually and For Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>EQT CORPORATION, EQUITRANS MIDSTREAM CORPORATION, and EQM MIDSTREAM PARTNERS, LP,<br><br>    Defendants. | **Case No.** 2:19-cv-1343-CRE<br><br>JURY TRIAL DEMANDED<br><br>COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b) |

## RULE 41 DISMISSAL WITHOUT PREJUDICE

Plaintiff Donald Rose dismisses Defendant EQT Corporation (EQT) from this case without prejudice pursuant to Rule 41(a)(1)(A)(i). The dismissal of Defendant EQT from this case is effective upon the filing of this notice. *Id.*

Respectfully submitted,

By: */s/ Andrew W. Dunlap*
**Michael A. Josephson**
PA Bar No. 308410
**Andrew W. Dunlap**
TX Bar No. 24078444
**Taylor A. Jones**
TX Bar No. 24107823
(*admitted pro hac vice*)
**JOSEPHSON DUNLAP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
adunlap@mybackwages.com
tjones@mybackwages.com

**AND**

        **Richard J. (Rex) Burch**
TX Bar No. 24001807
**BRUCKNER BURCH PLLC**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

        **AND**

**Joshua P. Geist**
PA ID No. 85745
**GOODRICH & GEIST PC**
3634 California Ave.
Pittsburgh, Pennsylvania 15212
412-766-1455 – Telephone
412-766-0300 – Facsimile
josh@goodrichandgeist.com

        **ATTORNEYS IN CHARGE FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      On November 12, 2019, I hereby certify that I served the foregoing document on all parties and/or their counsel of record via this Court's CM/ECF filing in accordance with the Federal Rules of Civil Procedure.

        */s/ Andrew W. Dunlap*
        **Andrew W. Dunlap**