# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA
# PITTSBURGH DIVISION

| | |
|---|---|
| DONALD ROSE, Individually and For Others Similarly Situated,<br><br>   Plaintiff,<br><br>v.<br><br>EQUITRANS MIDSTREAM CORPORATION, and EQM MIDSTREAM PARTNERS, LP,<br><br>   Defendants. | **Case No. 2:19-cv-1343-CRE**<br><br>JURY TRIAL DEMANDED<br><br>COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b) |

## AGREED RULE 41 DISMISSAL WITHOUT PREJUDICE

Plaintiff Donald Rose dismisses his claims against Defendants Equitrans Midstream Corporation and EQM Midstream Partners, LP without prejudice pursuant to Rule 41(a)(1)(A)(i). The Parties have conferred and Defendants, through their counsel, are in agreement with this dismissal. The Parties request the Court terminate all further proceedings and close the case.

Respectfully submitted,

By: /s/ *Andrew W. Dunlap*

**Michael A. Josephson**
PA Bar No. 308410
**Andrew W. Dunlap**
TX Bar No. 24078444
**Taylor A. Jones**
TX Bar No. 24107823
(*admitted pro hac vice*)
JOSEPHSON DUNLAP
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
adunlap@mybackwages.com
tjones@mybackwages.com

**Richard J. (Rex) Burch**
TX Bar No. 24001807
BRUCKNER BURCH PLLC
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

**Joshua P. Geist**
PA ID No. 85745
GOODRICH & GEIST PC
3634 California Ave.
Pittsburgh, Pennsylvania 15212
412-766-1455 – Telephone
412-766-0300 – Facsimile
josh@goodrichandgeist.com

ATTORNEYS IN CHARGE FOR PLAINTIFF

/s/ *Christian C. Antkowiak (with permission)*
**Christian C. Antkowiak** *(PA 209231)*
christian.antkowiak@bipc.com
**Nicholas J. Bell** *(PA 307782)*
nicholas.bell@bipc.com
**Katelyn M. Matscherz** *(PA 308922)*
katelyn.matscherz@bipc.com

- 2 -

- 3 -

                                  **BUCHANAN INGERSOLL &ROONEY PC**
                                  Union Trust Building
                                  501 Grant Street, Suite 200
                                  Pittsburgh, PA 15219
                                  Phone: 412-562-8800
                                  Fax: 412-562-1041

                                  **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

      On June 2, 2020, I hereby certify that I served the foregoing document on all parties and/or their counsel of record via this Court's CM/ECF filing in accordance with the Federal Rules of Civil Procedure.

                                  */s/ Andrew W. Dunlap*
                                  **Andrew W. Dunlap**